NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PANDUIT CORPORATION,**
*Appellant,*

**v.**

**ADC TELECOMMUNICATIONS, INC.,**
*Appellee.*

---

2013-1442

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/000,415.

---

## JUDGMENT

---

JESSE O. COLLIER, Oliff & Berridge, PLC, of Alexandria, Virginia, argued for appellant. With him on the brief were JAMES A. OLIFF and JOHN W. O'MEARA.

PHILIP P. CASPERS, Carlson Caspers Vandenburgh Lindquist & Schuman, P.A., of Minneapolis, Minnesota, argued for appellee. With him on the brief were TIMOTHY A. LINDQUIST, SAMUEL A. HAMER and JOSEPH W. WINKELS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 17, 2014                              /s/  Daniel  E.  O'Toole
Date                                        Daniel E. O'Toole
                                            Clerk of Court